**LAW OFFICES OF KIMBERLEE A. RODE**
Kimberlee A. Rode, California Bar No. 186132
9284 Jackson Road
Sacramento, California 95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006
Email: kimrode@sbcglobal.net

Attorney for Plaintiff
AMYLEA S. ENG

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
       david.deruig@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING LP (erroneously served as "Bank of America Home Loans")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amylea S. Eng,<br><br>    Plaintiff,<br><br>    vs.<br><br>Bank of America Home Loans and LENDER DOE,<br><br>    Defendants. | Case No. 4:09-cv-03657-PJH<br><br>**JOINT STIPULATION OF PLAINTIFF AMYLEA S. ENG AND DEFENDANT BAC HOME LOANS SERVICING, LP TO CONTINUE CASE MANAGEMENT CONFERENCE; [P~~ROPOSED~~] ORDER** |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

## JOINT STIPULATION AND REQUEST

This Stipulation and Request is made by Plaintiff AMYLEA S. ENG and Defendant BAC HOME LOANS SERVICING, LP (erroneously sued as "Bank of America Home Loans"):

WHEREAS, a Case Management Conference is currently scheduled for Thursday, December 10, 2009, at 2:00 p.m.

WHEREAS, BAC HOME LOANS SERVICING, LP filed a Motion to Dismiss Plaintiff's First Amended Complaint on November 24, 2009, with a hearing scheduled for February 3, 2010.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for December 10, 2009, and reschedule it for Thursday, February 4, 2010, at 2:30 p.m., or at a later date convenient for the Court.

**IT IS SO STIPULATED.**

Dated: November 25, 2009        **BRYAN CAVE LLP**
                                Robert E. Boone III
                                James Goldberg
                                David N. de Ruig

                                By:  /s/ David N. de Ruig
                                    David N. de Ruig
                                    Attorneys for Defendant
                                BAC HOME LOANS SERVICING LP (erroneously served as "Bank of America Home Loans")

Dated: November 25, 2009        **LAW OFFICES OF KIMBERLEE A. RODE**
                                Kimberlee A. Rode

                                By:  /s/ Kimberlee A. Rode
                                    Kimberlee A. Rode
                                    Attorneys for Plaintiff
                                AMYLEA S. ENG

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

**[PROPOSED] ORDER**

Having reviewed the Stipulation of Plaintiff AMYLEA S. ENG and Defendant BANK OF AMERICA HOME LOANS SERVICING, LP, and good cause appearing, IT IS ORDERED THAT the Case Management Conference currently scheduled for December 10, 2009 at 2:00 p.m. is continued until Thursday, February 4, 2010, at 2:00 ~~2:30~~ p.m., or a date thereafter convenient for the Court.

**IT IS SO ORDERED.**

Dated: 12/3/09



Hon.
United
Judge Phyllis J. Hamilton