1  **LAW OFFICES OF KIMBERLEE A. RODE**
   Kimberlee A. Rode, California Bar No. 186132
2  9284 Jackson Road
   Sacramento, California 95826
3  Telephone:  (916) 417-4564
   Facsimile:  (916) 244-7006
4  Email:      kimrode@sbcglobal.net

5  Attorney for Plaintiff
   AMYLEA S. ENG

6
   **BRYAN CAVE LLP**
7  James Goldberg, California Bar No. 107990
   David N. de Ruig, California Bar No. 258005
8  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
9  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
10 Email:        james.goldberg@bryancave.com
                 david.deruig@bryancave.com
11
   Attorneys for Defendants
12 BAC HOME LOANS SERVICING LP (erroneously served as "Bank of America Home Loans")

13

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16

| Amylea S. Eng, | Case No. 4:09-cv-03657-PJH |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF PLAINTIFF AMYLEA S. ENG AND DEFENDANT BAC HOME LOANS SERVICING, LP TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| Bank of America Home Loans and LENDER DOE, | |
| Defendants. | |

## JOINT STIPULATION AND REQUEST

This Stipulation and Request is made by Plaintiff AMYLEA S. ENG and Defendant BAC HOME LOANS SERVICING, LP (erroneously sued as "Bank of America Home Loans"):

WHEREAS, a Case Management Conference is currently scheduled for Thursday, December 10, 2009, at 2:00 p.m.

WHEREAS, BAC HOME LOANS SERVICING, LP filed a Motion to Dismiss Plaintiff's First Amended Complaint on November 24, 2009, with a hearing scheduled for February 3, 2010.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for December 10, 2009, and reschedule it for Thursday, February 4, 2010, at 2:30 p.m., or at a later date convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  November 25, 2009   **BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By:   /s/ David N. de Ruig
David N. de Ruig
Attorneys for Defendant
BAC HOME LOANS SERVICING LP (erroneously served as "Bank of America Home Loans")

Dated:  November 25, 2009   **LAW OFFICES OF KIMBERLEE A. RODE**
Kimberlee A. Rode

By:   /s/ Kimberlee A. Rode
Kimberlee A. Rode
Attorneys for Plaintiff
AMYLEA S. ENG

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiff AMYLEA S. ENG and Defendant BANK OF AMERICA HOME LOANS SERVICING, LP, and good cause appearing, IT IS ORDERED THAT the Case Management Conference currently scheduled for December 10, 2009 at 2:00 p.m. is continued until Thursday, February 4, 2010, at ~~2:30~~ 2:00 p.m., or a date thereafter convenient for the Court.

**IT IS SO ORDERED.**

Dated: __12/3/09_____



_____
Honorable
United States