**LAW OFFICES OF KIMBERLEE A. RODE**
Kimberlee A. Rode, California Bar No. 186132
9284 Jackson Road
Sacramento, California 95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006
Email: kimrode@sbcglobal.net

Attorney for Plaintiff
AMYLEA S. ENG

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: james.goldberg@bryancave.com
Email: david.deruig@bryancave.com

Attorneys for Defendant
BAC HOME LOANS SERVICING LP (erroneously sued as "Bank of America Home Loans")

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amylea S. Eng,<br><br>      Plaintiff,<br><br>   vs.<br><br>Bank of America Home Loans and LENDER DOE,<br><br>      Defendants. | Case No. 4:09-cv-03657-PJH<br><br><s>PROPOSED</s> ORDER FOR THE STIPULATION FOR CHANGING DATE OF HEARING FOR MOTION TO DISMISS<br><br>Date: February 3, 2010<br><br>Time: 9:00 a.m.<br><br>Hon. Phyllis J. Hamilton<br><br>Courtroom 3, 3rd Floor<br><br>1301 Clay Street,<br>Oakland, CA 94612-5212 |

Proposed order for Stipulation for changing date of hearing - 1

COMES NOW Plaintiff Amylea S. Eng ("Plaintiff"), by and through her attorney of record, The Law Office of Kimberlee A. Rode, and Defendants, Defendant BAC HOME LOANS SERVICING, LP (erroneously sued as "Bank of America Home Loans") ("BAC Servicing") ("Defendants"), by and through their attorneys of record, Bryan Cave LLP, who stipulate as follows:

1. WHEREAS, on November 24, 2009 Defendants filed a Motion to Dismiss to be heard February 3, 2010, at 9:00 a.m.;

2. WHEREAS, Plaintiffs' counsel has a conflict on that date and made contact with the office of the Defendants' counsel;

3. WHEREAS, Plaintiff's counsel verified with the Docket Clerk that March 10, 2010 at 9:00 a.m. is an available date;

4. WHEREAS, counsel for the parties have agreed to continue the hearing for the Motion to Dismiss to March 10, 2010 at 9:00 a.m.;

5. WHEREAS, this stipulation will not alter any other date of any other event or any other deadline fixed by an Order of this Court.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The date for the hearing for the Defendant's Motion to Dismiss shall be March 10, 2010 at 9:00 a.m. in courtroom 3 before the Hon. Phyllis J. Hamilton.

**IT IS SO STIPULATED.**

                                        **THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: January 26, 2010                 /s/ Kimberlee A. Rode
                              By: _____

| | Kimberlee A. Rode, attorney for Plaintiff Amylea S. Eng |
|---|---|
| Dated: January 26, 2010 | **BRYAN CAVE, LLP** |
| | /s/ David N. de Ruig |
| By: | _____ |
| | David N. de Ruig, attorney for Defendants BAC Home Loans Servicing, LP |

### (~~PROPOSED~~) ORDER

The Court, having considered the forgoing Stipulation to Change the Date of the motion to Dismiss, and good cause appearing, hereby ORDERS that the Motion to dismiss currently set for February 3, 2010 is continued to March 10, 2010 at 9:00 a.m..

**IT IS SO ORDERED.**

Date: 1/28/10

_____
**Hon. Phyllis J. Hamilton**
United States District Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*