UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMELIA ENG,

    Plaintiff,

    v.

BANK OF AMERICA HOME LOANS, et al.,

    Defendants.

No. C 09-3657 PJH

**ORDER OF DISMISSAL**

The court having dismissed the claims asserted against defendant BAC Home Loans Servicing, LP (sued as Bank of America Home Loans) with prejudice, and plaintiff having failed to file a second amended complaint substituting in the defendant lender for defendant "Lender Doe," by the April 30, 2010 deadline set by the court, this action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge